LEGAL MAIL
Provided to Florida State Prison on
3/13/25 for mailing by [signature]

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the Central

District of Florida

Orlando Division

TRAMAine Collin Kinney
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Adventhealth hospital IN Altamonte springs florida
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tramaine Coilin Kinney
All other names by which you have been known: T.C.
ID Number: E39147
Current Institution: Florida State Prison
Address: P.O. Box 800
Raiford         FL        32083
City            State     Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Advent health hospital
Job or Title *(if known)*: 601 E Altamonte Springs
Shield Number: Florida 32701
Employer:
Address:
Altamonte Springs   FLA    32701
City                State  Zip Code
☐ Individual capacity    ☐ Official capacity

**Defendant No. 2**
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
_____   _____   _____
City    State   Zip Code
☑ Individual capacity    ☑ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____
   City | State | Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____
   City | State | Zip Code
   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLEASE see Additional pages

① First Amendment ② Illegal Search and Seizure of Alneta Kinney ③ Cruel and unusual Punishment ④ Equal protection — See Attached papers (7 pages)
⑤ Punitive Damages (Emotional pain/Injury)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

① First Amendment rights ② Illegal search and seizure ③ cruel and unusual punishment ④ Equal protection ⑤ punitive damages (Emotional pain Injury — Please see/Read Additional papers (7 pages)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see/Read Attach paperwork (7 pages)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other (explain) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Please Read/see Additional paperwork Attach (7 pages) Altamonte springs florida arose at the Advent health hospital in Altamonte springs fla, Around January 2023 (9th through 21st)

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Please Additional pages Attach Around January 9th through 21st 2023 at calhoun correction Institution in fla

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 9th through 21st 2023
(Please See additional Pages attached)(7 Pgs)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see/Read Additional papers (7 pages)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please See/Read Additional papers (7 pages)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please see/Read Additional papers (7 pages)

)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Calhoun correction institution in fla—

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know (don't understand the question)

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Calhoun correction institution in fla, Washinton Annexx, franklin correction institution, century correction institution in fla and florida state prison (with no Response back)

2.  What did you claim in your grievance?

I claim that Advent health hospital in Altamonte springs fla violated my state and federal rights and Alneta kinneys state and federal rights when they (hospital) did not let ms. Alneta kinney leave their hospital when she asked to leave, Etc,

3.  What was the result, if any?

No Response from Any prison on my grievances As of yet —

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

✓ Century correction institution / florida state prison / Calhoun correction institution / Washinton Annexx / franklin correction institution / plus there was no decision to Appeal because no response came back —

florida state prison at Calhoun C.I, wAshinton Annexx, franklin C.I, Century C.I, I Appealed all the way to the highest level (tallahassee) except at camps Washinton Annex Institution and I believe franklin C.I. I only grieved at the Institution level —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

(Ashely moody
Government
whitehouse
F.B.I
Ron desantis)

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

spiritualist

1. Parties to the previous lawsuit

Plaintiff(s) ~~Jemma Rootsconter / Tramaxex Leo~~ / TRAMAINE collin kinney   DCNO E39147

Defendant(s) ~~illegible~~ / Jessica Reckseidler
Debra S. Nelson (National spiritual association) (can't remember who else) Domenick Leo

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Florida Escambia County united states district court Norther Pensacola division   district of florida

3. Docket or index number

   3:24-cv-00314-MCR-ZCB

4. Name of Judge assigned to your case

   Zachary C. Bolitho

(I believe so)
July 11 2024
July 15 2024
July 29 2024

5. Approximate date of filing lawsuit (July 11 2024 / July 15 2024 / July 29 — ~~October~~ 2024) (7/29/24)

   [illegible scribbled text]

6. Is the case still pending?

   ☑ Yes  (yes) because No response back from court — As of yet
   ☐ No     only from case 3:24 cv-00314-mcR-ZCB

   If no, give the approximate date of disposition. ( ~~illegible~~ ) ( ~~illegible~~ ) No disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed —
   Case Appealed No
   Response back —

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) TRAMAine e. Kinney DC No E39147  National Spiritualist Association National Spiritualist Association

   Defendant(s) White house, Rondesantis Governor, C.I.A, Barack obama, Joe Biden, I believe f.B.I - Government spiritualist - Jessica Recksiedler - Domenick Leo - Debras Nelson

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United states district court Northern district of Escambia County florida    florida, pensacola division

↓ ↓ ↓
(August 8 2024)
(I believe so)
August 9th 2024 (5)
August 8 2024
September 6th 2024
September 24 2024
September 25 2024

3. Docket or index number
   3:24-CV-00367-LC-HTC

4. Name of Judge assigned to your case
   Hope Thai Cannon

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☑ No (Dismiss 2/7/25) (I believe so) (12/7/25) (february 7 2025)

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed
   Case was Appealed and dismissed
   pursuant to 28 U.S.C § 1915(e)(2)(B)

LEGAL MAIL
Provided to Florida State Prison on
3/H/25 for mailing by KW TL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/2025

Signature of Plaintiff: Tramaine collin Kinney
Printed Name of Plaintiff: Tramaine collin Kinney
Prison Identification #: DC. No E39147
Prison Address: PO Box 800
Raiford, FLA 32083

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

IV- Statement of fact - (1) Around January 2023 Ms. Alneta Kinney was at the altamonte springs fla hospital (Advent health) ms. Alneta Kinney stated to me that while she was there she attempted to leave that hospital and she said they wouldnt let her leave - ms. Kinney stated she believed somebody was watching and listening to her conversation - she told me to learn everything I can about probate court - I believe she also stated that someone had just step into the hospital room and became quite for 10 to 15 seconds then she lost her breath and told me to call her back next week on Wensday - This conversation took place over phone call at Calhoun correction in fla (address 19562 Southeast Institution drive blountstown FL 32424) around January 20/21/2023 ms. Alneta Kinney was pronounced dead at that hospital (They - referring to Advent health hospital wouldnt let her leave when she asked or attempted to...) (2) what did they do or did not do - The advent health hospital did not let ms. Alneta Kinney leave said hospital when she asked or attempted to leave said hospital around January 2023 - Instead Kept her detained there against her will against the law - who did - Advent health hospital in fla - when between January 10 and the 20th 2023 - what else did they do - they failed to provide help, protection or supervision to ms. Alneta Kinney while at advent health from possible harm within their custody (murder conspiracy) or possible Negligence at their hospital or malpractice (3) How did this cause you harm or Violate federal law (A) mental Anguish (Great emotional pain and physical pain) I have experienced and still am experiencing feelings of lonliness, Vulnerability, despair, quilt, depression, hurt, Anxious, helpless, worried,

Pg (1)

Nervousness, loss of my enjoyment, grief, anxiety loss of enjoyment of life and equal protection in having the right to have my grandmother Alneta Kinney treated the same as everybody else and I was harmed by the loss of a material witness (Alneta Kinney) who could and stated she would have given material information related to my case (13-000-112A) that would have (if she testified to it) given me a new trail, plea, or acquittal - This information consisted of newly discovered evidence that I received around January 2023 that she was approached by group of Separatist who threatened her (Ms. Alneta Kinney) to watch video and say thats her grandson Kinney Tramaine (Hungry Howies) she is now deceased and I'm possibly all out of options ⑬ loneliness (sad from being without my grandmother and alone with no other companions - (Ms. Alneta Kinney) Vulnerable - without my grandmother (Alneta Kinney) I am capable of being harmed by florida department correction and or Inspectors general office without having my grandmother to check on me or report to - despair - I 99% gave up hope OR confidence in my sense of well being and meaning to life (To get back in court and possible go home to my grandmother) A feeling of guilt and regret it not saying what I wanted to say when on phone with her believing I would get to talked to her next week - I am depress suffering from a feeling of sadness from a feeling of sadness from the loss of my grandmother Ms. Kinney - I'm Anxious because I dont know what may happen to my claim of merit without my grandmother there to testify to what she told me (Newly discovered evidence) or what may happen to me in prison without outside support (No family) I'm going through grief from this unfortunate loss of my grandmother by not eating all my food loss of enjoyment of life and sense of well being - isolation from and loss of joy from having my grandmother Ms. Kinney alive and knowing it - I'm helpless because Ms. Kinney use to provide me with the sense of purpose in living life and accessing the court to possibly go home to her one day - and now she's gone and my purpose with it (sense of purpose in life which was to get to know her more and interact with her - (on phone and possibly at home) my life feels empty without meaning without my grandmother with me to live it with because my whole purpose Pg ②

Was to get to know Ms. _____ and her better and grow with her (Emotionally, Spiritually, mentally) (C) my freedom of expression with my grandmother was taken away from me when she became deceased - my equal right in investigating or having this matter investigated for possible murder or malpractice or negligence was deprived me (possible mis-diagnosed with ocpd or cause of death by hospital - Advent health in altamonte Springs) V - Statement of claims - First Amendment-Rights - my freedom of speech was violated when the hospital (advent health in altamonte springs fla) did not allow my grandmother Alneta Kinney to go home when she asked or attempted to leave that hospital around January 9 through 21 2023 and she told me to call her (Alneta Kinney) back next week over phone call we had January 2023 (9th through 21th when I did she never answered and I learned from ms. Brenda Jackson that my grandmother Alneta Kinney was deceased and by this Act from Advent health caused me to miss out on experiencing / expressing myself to my grandmother Ms. Alneta Kinney because of illegal detention of Alneta Kinney was not secure in her Person against unreasonable seizure and was unreasonably seized by Advent health hospital in Altamonte Springs fla, around January 2023 (9th through 21st) They wouldnt let her leave and this act by Advent placed her life in danger and risk of a possible murder or malpractice or negligence which caused her to be deceased - The Advent health hospital seized ms Alneta Kinney by not allowing her to go home and thus keeping her held hostage their Advent health not strong enough to ensure Ms. Kinneys safety and make her feel secure from worry and doubt while in advent health in fla (hospital) (3) cruel and unusual punishment - The Advent health hospital around January 2023 (9th through 21st) caused ms. Alneta Kinney suffering by their unequal treatment in seizing her and placing her under illegal dentention by not letting her leave hospital in Altamonte springs fla (Advent health) which when she asked and attempted to leave and advent wouldnt let her leave - her suffering was the result of pain experienced during her stay their (illness, murder, through, suffocation from Advent health hospital in altamonte springs fla or injury) This cruel act of not wanting to let ms. Alneta Kinney leave their hospital around January 9th through 21st 2023 (Altamonte springs fla, Advent health) when she asked or attempted caused ms. Alneta Kinney to experience suffering while she was in their custody ms. Alneta Kinney became decease around 1/20/21/2023 - while at advent health hospital (Altamonte springs fla)

Advent health refusal to let Ms. Aineta Kinney leave (when she asked, Etc) and become deceased while in their custody, deprived Tramaine Kinney of liberty peace and happiness, because now Ms. Alneta Kinney is decease - my fight for Ms. Aineta Kinney to be treated with fairness and respect for her dignity and right to be free from intimidation, harassment, and abuse from Advent health officials in not letting Ms. Kinney leave when she asked, Etc, and was held hostage, detained their against her will - (at advent health) The right within due process to be reasonably protected from any person, the right to have witness (Ms. Aineta Kinney) present at proceeding involving criminal conduct and heard in same proceeding regarding Newly available evidence was violated when Advent health hospital (Altamonte springs fla) denied Ms. Alneta Kinney her right to leave their hospital around January 9th through 20/ 21st 2023 and become deceased in their custody and now un-available as a witness - In return I was deprived of due process to have compulsory process of Alneta Kinney to testify to Newly available evidence (Threat/coercion) by advent health in Altamonte Springs fla because Advent health would not let her leave when she asked attempted to leave their hospital in Altamonte Springs fla (January 9th through 20th 2023) and became deceased I lost my compulsory process right to have her testify at a criminal proceeding - ④ Equal protection Right was violated when Advent health hospital in Altamonte springs fla seized/detained Alneta Kinney (Tramaine Kinney) against her will when she had every right to leave their hospital around January 9th through 20th 2023 equal protection rights violated when Kinney E39147 due process rights to have compulsory process of Alneta Kinney to testify at a criminal Proceeding regarding Newly available evidence (Threat/coercion) that we were in the process of doing — Equal protection rights violated when Alneta Kinneys rights as a witness and as a person was not preserved and protected by advent health hospital in Altamonte springs fla when Advent did not allow Alneta Kinney to leave their hospital around January 9th through 20th 2023 and detained her against her will at that hospital — The right to be free from mental Anguish from loss of Alneta Kinney in the form of depression, grief, Anxiety Equal rights of protection

(14)

(5) cruel and unusual punishment- when Advent health hospital IN Altamonte Springs fla, possibly allowed some one to kill/murder Ms. Alneta kinney around January 20/21 2023 at their hospital after refusing to let her go home or be released from their custody when Alneta Kinney asked/attempted to leave Advent health hospital (Altamonte Springs) around January 9th through 20th 2023 - and detained/held her (Alneta) hostage their against her will around January 9th Through 20th 2023 - Not only did this cruel act cause Alneta Kinney to suffer and die (possibly murdered) while IN Advent health custody from unknown suspect and to left be out with No merit to my claim or credibility plus I suffered from great emotional pain because I was left off worst by the unpleasant experience of not having my grandmother Alneta Kinney still alive and here with me while striving for my whole/sole purpose of going back to court and possibly going home to be with Alneta Kinney (my grandmother) - (6) VI - relief sought - The relief I seek is $500 million dollars IN punitive and compensatory damages - This is for not allowing Alneta Kinney to leave Advent health hospital IN Altamonte Springs fla around January 9th through 20th 2023 when she (Alneta) asked/attempted to leave their hospital (Advent health Altamont Springs fla) around January 9th through 20th 2023 and she became illegally seized/detained and held hostage at advent health hospital IN altamonte Springs fla around January 9th through 20th 2023 (21st) and was not protected equally as every body else under Equal Protection law when advent health hospital IN altamonte Springs fla, did not equally protect her right to leave advent health hospital (Altamonte Springs) around January 9th through 21st 2023 - when Alneta ask/attempted to leave same hospital around January 9th through 21st 2023 - and committed cruel and unusual punishment by possibly allowing her (Alneta Kinney) to be murdered while in their custody (same hospital) and holding her their while believing some one possibly was watching her/listening to her conversations over phone call and suffering from mental Anguish and death - I Kinney Tramaine suffered from first amendment right IN Alneta kinney over phone call we had January 2023 - where she told me to call back next week over phone call we had while Alneta kinney was at Advent health hospital (Altamonte

⑤

around (Novem 25, 2023 and I (T Amour) called back Next Week (it be in he around the 20th/21st 2023, January) and discovered from Ms. Brenda Jackson that Alneta kinney was deceased — and by this act of depriving me opportunity to express/experience myself to my grandmother Ms. Alneta kinney because Advent health hospital (Altamonte springs fla) would not let her leave and this act by Advent placed her (Alneta kinney) life in danger and risk of a possible murder or malpractice or negligence which resulted from Advent health illegally seizing/detaining ms. Alneta kinney holding her hostage their at Advent health (Altamonte-Springs) fla. against Alnetas will, around January 9th through 21 2023, which resulted in the decease of Alneta kinney while in their (Advent health Altamonte springs fla) custody around January 20/21 2023 — This act of potential murder, malpractice, Negligence from Advent health hospital Altamonte springs fla in not only illegally seizing/detaining and holding hostage Alneta kinney from January 9th through 21st 2023 (until she became decease) but in not letting Alneta Leave when she asked/attempted to leave Advent health hospital (Altamonte Springs fla) around January 9th through 21st 2023 — Until she became decease cause me Tramaine kinney E39147 to experience feelings of loneliness (sad from being without my grandmother and experienced mental Anguish (great emotional pain and physical pain) and feelings of Vulnerability, Despair, guilt, depression, hurt, Anxious, helpless, worried, Nervousness, loss of social interaction, grief, Empty, loss of enjoyment of life and equal protection in having the right to have my grandmother Alneta kinney treated the same as everybody else and I was harmed by the loss of a material witness Alneta kinney who had material evidence to testify to in my case 13-000-112A and told me around January 2023 over phone call that she would testify to threat/coercion — this Evidence would have possibly given me a new trail, New plea, in case 13-000-112A- this Newly discovered evidence consisted of information where Alneta kinney told me she was Approached by group of people who threatened Alneta kinney to watch video (Hungry howies) and say thats her grandson kinney Tramaine (Hungry howies) in video around 2013 — Alneta kinney is now deceased and Im possibly all out of options because Im without merit and not deemed credible because of my criminal history — Sad and lonely without being with my grandmother Alneta

⑥

Kinney — Im unable without Alneta Kinney because Im incapable of being heard by Florida department correction and or inspectors generals office without having Alneta Kinney to check on me or report to — when something bad happens to me — feelings of despair because of 99% gave up hope or confidence in my sense of well being and meaning to life without my grandmother Alneta Kinney here to help me substantiate my Newly discovered claim I received from her to help me possibly receive a New trail, New plea, Mental Anguish in believing I would get to talked to Alneta Kinney Next week over phone call we schedule to find out she became deceased while at Advent health hospital (Altamonte Springs fla) I Am depressed suffering from sadness from the loss of Alneta Kinney (my grandmother) and Anxious because I, Tramaine, dont know what to do with my claim of Newly discovered evidence received from Alneta Kinney because Alneta Kinney cannot testify to this claim because she is decease because Advent health hospital in Altamonte Springs fla, wouldnt let her leave their hospital when Alneta Kinney asked/attempted to leave their hospital — around January 9th through 21st 2023 — and illegally seized/detained Alneta their until she became deceased around January 20/21/2023 — Im in mental Anguish because I dont know what may happen to me in prison without outside support (No family) going through grief from this un-fortunate loss of my grandmother Alneta Kinney — by not eating all of my food loss of joy from having my grandmother Alneta not alive and knowing it — helpless because Alneta Kinney use to provide me with the sense of purpose in living life and accessing the court to possibly get New trail, plea, Etc, and now Alneta Kinney is gone (decease) and my purpose with it because of worry and doubt my claim wont be substantiated without Alneta Kinney alive to substantiate claim for me — My sense of purpose in life was to get to know Alneta Kinney more and interact with her — (over phone and possibly at home) without Alneta Kinney I feel empty because my whole purpose is gone which was to know and grow (emotionally, Spiritually, mentally) with her — All of this I experienced till this day is because advent health hospital (Altamonte Springs fla) refused to allow Alneta Kinney to leave their hospital around January 9th through 21st 2023 when Alneta Kinney asked/attempted to leave their hospital and Same Advent illegally seized/detained Alneta their (Advent) until she became decease ...

(7)