I R A MAINE Kinney DC NO E39147

FioRida State Prison

PO Box 800 Raiford

Fiorida 32083

LEGAL MAIL

office of clerk

united state district court

401 West central

Boulevard

Suite 1200 ORlando fiA

32801-0120



Mailed From A State
Correctional Institution

US POSTAGE *PITNEY BOWES*

ZIP 32083  **$ 004.31⁰**
02 4W
0000385900 MAR 18 2025





LEGAL MAIL ONLY